NO. SCWC-29593

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

BRUCE E. COX, Respondent/Plaintiff-Appellee

vs.

CARLYN D. COX, Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 06-1-0096)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.,
and Circuit Judge Del Rosario, assigned due to a vacancy)

The motion for reconsideration filed on April 18, 2011

by Petitioner/Defendant-Appellant Carlyn D. Cox, requesting that

this court review its opinion filed on April 7, 2011, reversing

in part and affirming in part the judgment of the Intermediate Court of Appeals filed on October 20, 2010, is hereby denied.

DATED: Honolulu, Hawaiʻi, May 2, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Dexter D. Del Rosario

Steven L. Hartley and
Seth R. Harris (Hartley &
McGehee, LLP), on the
motion for petitioner/
defendant-appellant.

2